## Case No. 926.

### BANK OF THE UNITED STATES v. McKENNEY.

[3 Cranch, C. C. 173.][1]

Circuit Court, District of Columbia. May Term, 1827.

JUDGMENT—MISNOMER—CORRECTION.

Upon a judgment rendered by mistake of the clerk against William McKenney, at the preceding term, the court refused to order the clerk to issue an execution against Samuel McKenney, although the writ, declaration, and pleadings were all in the name of Samuel, who was the person against whom the judgment ought to have been rendered. But the court ordered the judgment to be rescinded, the proceedings corrected, and the continuances entered up under the Maryland act of assembly.

The writ and declaration in this case were against Samuel McKenney, as indorser of William McKenney's note. Samuel was arrested, gave bail, appeared, and pleaded. The clerk, in making out the docket, had named the defendant, William, instead of Samuel; and Mr. Coxe, who was counsel for William, the maker, supposing the action was against William, confessed the judgment, which was entered up against William.

Mr. Lear, for the plaintiffs, first moved the court for leave to take execution against Samuel, considering it as a judgment against Samuel.

But THE COURT (nem. con.) refused.

Mr. Lear then moved the court to order the clerk to strike out the judgment against William, correct the docket, and enter up the continuances under the act of assembly of Maryland.

Which motion THE COURT granted, (MORSELL, Circuit Judge, absent.)